```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 06574
   KATRELL JONES
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-5976


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/20/2008 and was confirmed 06/04/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED         1632.71          .00           .00
CAR CREDIT CENTER INC      SECURED VEHIC        .00           .00           .00
CITY OF CALUMET CITY       SECURED              .00           .00           .00
HOMEQ SERVICING CORP       CURRENT MORTG        .00           .00           .00
HOMEQ SERVICING CORP       MORTGAGE ARRE   28741.55           .00           .00
CAVALRY PORTFOLIO SERVIC   UNSECURED       NOT FILED          .00           .00
CREDIT BUREAU ACCOUNTS     UNSECURED       NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED         1437.82          .00           .00
DEPENDON COLLECTION        UNSECURED       NOT FILED          .00           .00
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED          .00           .00
KOMYATTE & FREELAND        UNSECURED          215.00          .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED          .00           .00
MEDICAL RECOVERY SPECIAL   UNSECURED       NOT FILED          .00           .00
MEDICAL RECOVERY SPECIAL   UNSECURED       NOT FILED          .00           .00
ACCOUNTS RECOVERY BUREAU   UNSECURED       NOT FILED          .00           .00
ACCOUNTS RECOVERY BUREAU   UNSECURED       NOT FILED          .00           .00
NICOR GAS                  UNSECURED       NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          273.21          .00           .00
RMI/MCSI                   UNSECURED         2136.03          .00           .00
RMI/MCSI                   UNSECURED       NOT FILED          .00           .00
RMI/MCSI                   UNSECURED       NOT FILED          .00           .00
RMI/MCSI                   UNSECURED       NOT FILED          .00           .00
RMI/MCSI                   UNSECURED         1886.03          .00           .00
SLM FINANCIAL CORP         UNSECURED       NOT FILED          .00           .00
SALLIE MAE EDUCATION CRE   UNSECURED         8108.32          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          476.10          .00           .00
CITY OF CALUMET CITY       UNSECURED          277.62          .00           .00
HOMEQ SERVING CORPORATIO   NOTICE ONLY     NOT FILED          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,341.50                    1,736.57
TOM VAUGHN                 TRUSTEE                                         147.99
DEBTOR REFUND              REFUND                                          576.90


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 06574 KATRELL JONES
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      2,461.46

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                        1,736.57
TRUSTEE COMPENSATION                                    147.99
DEBTOR REFUND                                           576.90
                           ---------------      ---------------
TOTALS                       2,461.46                 2,461.46
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
     Dated: 11/19/08             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 08 B 06574 KATRELL JONES